**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| JAMES H. MURRAY., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 9:18-cv-80159 |
| | ) |
| US BANK, N.A. AS TRUSTEE FOR J.P. | ) |
| MORGAN MORTGAGE TRUST 2007-S3, | ) |
| AND SELECT PORTFOLIO SERVICING, | ) |
| INC., | |
| | |
| Defendants | ) |
| _____/ | ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Select Portfolio Servicing, Inc., pursuant to Fed. R. Civ. P. 7.1, hereby discloses the following Interested Persons and Corporate Disclosure Statement:

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

James H. Murray (Plaintiff)

Defendant, Select Portfolio Servicing, Inc. Credit Suisse (USA), Inc. is the ultimate parent of Select Portfolio Servicing, Inc., a Utah Corporation, which is a wholly owned subsidiary of SPS Holding Corp. which is a wholly owned subsidiary of Credit Suisse (USA), Inc. (NY corp.).  There is no publicly-held corporation which owns 10% or more of Select Portfolio Servicing, Inc.'s stock or the stock of its parent.

Burr & Forman LLP, Courtney Oakes, Esq. (Counsel for Defendants)

The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

31326822 v1

The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in the bankruptcy cases:

None.

The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a. James H. Murray

b. Select Portfolio Servicing, Inc.

c. U.S. Bank, N.A., as Trustee for J.P. Morgan Mortgage Trust 2007-S3

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict

Respectfully submitted this 8th day of March, 2018.

/s/
*Courtney Oakes*
**Courtney Oakes, Esq. (FL Bar No. 106553)**
Jacqueline Simms-Petredis, Esq. (FL Bar 906751)
BURR & FORMAN, LLP
350 East Las Olas Boulevard, Suite 1440
Ft. Lauderdale, Florida 33301
Telephone: (954) 414-6213
Facsimile: (954) 414-6201
Primary Email: flservice@burr.com
Secondary Email: coakes@burr.com
Secondary Email: rzamora@burr.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. Mail on this the 8th day of March, 2018.

> James H. Murray
> 182 Beacon Lane
> Tequesta, Florida 33469

*/s Courtney Oakes*
Courtney Oakes, Esq. (FL Bar No. 106553)
BURR & FORMAN LLP